NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HARENDRA P. TOLIA, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>DUNKIN BRANDS ET AL.,<br><br>Defendants. | Civil Action No.: 11-3656 (JLL)<br><br>**ORDER ADOPTING OCTOBER 7, 2011 REPORT AND RECOMMENDATION** |

This matter comes before the Court by way of Defendants' objections to Magistrate Hammer's Report and Recommendation and Order dated October 7, 2011. For the reasons set forth in the Court's corresponding Opinion dated December 7, 2011,

IT IS on this 7 day of December, 2011,

**ORDERED** that objection to the Report and Recommendation is overruled; and it is further

**ORDERED** that the Report and Recommendation is hereby adopted in full.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge